UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

James Mark Vogel,

        Plaintiff,

vs.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Minnesota Department of
Corrections; Joan Fabian,
Commissioner; Collette Morris;
and James Kaul

        Defendants.        Civ. No. 05-2740 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated December 1, 2005, and for failure to prosecute.

2. That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

DATED: February 3, 2006

        s/ Michael J. Davis
        Michael J. Davis, Judge
        United States District Court